

**Lee Melvin JACKSON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 28940.

Court of Criminal Appeals of Texas.

March 20, 1957.

No attorney of record on appeal, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Possession of marihuana is the offense; the punishment, two years in the penitentiary.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.

**Lee Melvin JACKSON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 28941.

Court of Criminal Appeals of Texas.

March 20, 1957.

No attorney of record on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Possession of marihuana is the offense; the punishment, four years in the penitentiary.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.

**W. C. WILLIAMS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 28903.

Court of Criminal Appeals of Texas.

March 20, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.